UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

        -against-                          :    07 Cr. 530 (CLB)(LMS)

MICHAEL SENERCHIA,                           :

                                        :
              Defendant.
                                        :
------------------------------------------------------------x

Brieant, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated August 3, 2007, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

                                                  SO ORDERED.

Dated:   August 7, 2007
        White Plains, New York

                                                            _____
                                                            Charles L. Brieant
                                                            United States District Judge