

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 4, 2007

*[Stamped: MEMO ENDORSED]*

*[Handwritten: Application Granted. So Ordered. Oct. 4 2007  /s/ Charles L. Brieant  USDJ]*

BY HAND
The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Michael Senerchia</u>
07 Cr. 530 (CLB)

Dear Judge Brieant:

      The Government respectfully submits this letter to request, with the consent of defense counsel, that the defendant's sentencing proceeding be adjourned from October 11, 2007, at 9:15 a.m. until January 3, 2008, at 9:45 a.m. in order to permit the parties to apprise the United States Probation Department and the Court of all matters relevant to sentencing.

      Thank you for your consideration of this matter.

                        Very truly yours,

                        MICHAEL J. GARCIA
                        United States Attorney

By: _____
     Brent S. Wible
     Assistant United States Attorney
     (914) 993-1928 (phone)
     (914) 682-3392 (fax)

cc:     Kevin Gilleece (By Fax)