# GILLEECE AND GILLEECE
ATTORNEYS AT LAW
399 KNOLLWOOD ROAD • SUITE 207
WHITE PLAINS, NEW YORK 10603

KEVIN P. GILLEECE
ANNE GILLEECE

TELEPHONE:
(914) 761-0060

**By Hand**

December 3, 2007

Hon. Charles L. Brieant
United States District Judge
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re: United States v. Michael Senerchia
  07 Cr. 530 (CLB)

Dear Judge Brieant:

  I was assigned to represent Mr Michael Senerchia concerning an indictment charging him with the crime of access device fraud and related charges. Michael Senerchia has pled guilty and his matter has been scheduled for sentence before your honor on January 3, 2008. I write to ask that I be relieved from the assignment and to ask that new counsel be assigned to Mr. Senerchia.

  The basis of my application is that I have accepted a position as an Executive Assistant District Attorney in the Rockland County District Attorney's Office effective January 1, 2008. It is important that I commence my new position on that date because the newly elected District Attorney Thomas Zugibe will take office that day and begin a new administration. It is important that I be available for the transition period.

  Since I will not be able to continue to represent Michael Senerchia, I respectfully ask that you relieve me of this assignment and assign new counsel to Mr. Senerchia. I am copying Michael Senerchia with this letter.

  Thank you for your time and attention to this matter.

Yours truly,

Kevin P. Gilleece, Esq.

KPG:ms
cc: AUSA Brent S. Wible
  Michael Senerchia

[Handwritten endorsement: Application Granted SO ORDERED Charles Brieant USDJ December 3, 2007]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: _____]